Marc V. Kalagian
Attorney at Law: 149034
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
SHEILA LOCKWOOD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA LOCKWOOD, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security. <br><br> Defendant. | Case No.: 1:15-CV-00099-SAB <br><br> ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include September 21, 2015, in which to prepare and serve her letter brief and that all other deadlines set forth in the January 22, 2015 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **August 21, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

-1-