**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| SHEILA LOCKWOOD, | Case No.: 1:15-cv-00099-LJO-SAB |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties, this matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

**IT IS SO ORDERED**
**Dated: September 22, 2015**

/s/ Lawrence J. O'Neill
**United States District Judge**

-1-